UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SHARP,<br><br>        Plaintiff,<br><br>    v.<br><br>NINA BOLIN, et al.,<br><br>        Defendants. | No. 1:21-cv-01549-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DECLARING PLAINTIFF TO BE A THREE-STRIKE LITIGANT, REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS UNDER 28 U.S.C. § 1915(G), AND ORDERING PLAINTIFF TO PAY THE FILING FEE OR FACE DISMISSAL<br><br>(Docs. 2, 6, 10) |

      Plaintiff Anthony A. Sharp (K-41609), a state prisoner proceeding *pro se* and *in forma pauperis*, initiated this civil rights action in the Northern District of California on October 8, 2021. (Doc. 1.) On October 21, 2021, the case was transferred from the Northern District to this Court. (Doc. 5.) On October 22, 2021, the Court granted plaintiff's application to proceed *in forma pauperis*. (Doc. 6.)

      On January 25, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's *in forma pauperis* status be revoked, that plaintiff be declared a three-strike litigant and that plaintiff be required to pay the filing fee or face dismissal of this action. (Doc. 10.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen days of service of the findings and recommendations. The deadline to submit objections has passed and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 25, 2022 (Doc. 10) are adopted in full;
2. Plaintiff is hereby declared a three-strikes litigant pursuant to 28 U.S.C. § 1915(g);
3. Plaintiff's in forma pauperis status is revoked pursuant to 28 U.S.C. § 1915(g);
4. The Court's October 22, 2021 order (Doc. 6), which directed the Director of the California Department of Corrections and Rehabilitation or designee to deduct the filing fee from plaintiff's trust account whenever the balance exceeds $10.00, is vacated;
5. The Clerk of the Court is directed to serve a copy of this order on: (1) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division; and (2) the Director of the California Department of Corrections and Rehabilitation or designee via the Court's electronic case filing system (CM/ECF); and
6. Plaintiff is ordered to submit the appropriate filing fee no later than thirty (30) days from the date of service of this order.
7. Plaintiff is warned that failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **February 28, 2022**

UNITED STATES DISTRICT JUDGE