# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SHARP,<br><br>         Plaintiff,<br><br>    v.<br><br>NINA BOLIN, et al.,<br><br>         Defendants. | No. 1:21-cv-01549 JLT SAB<br><br>ORDER DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDERS AND FAILURE TO PAY THE FILING FEE<br><br>(Doc. 12) |

On March 1, 2022, the Court ordered Plaintiff to pay the required filing fee of $402.00 in full within thirty days to proceed with the action. (Doc. 12.) At that time, Plaintiff was warned failure to timely pay the filing fee would result in dismissal of this action. (*Id.* at 2.) Despite this warning, Plaintiff failed to pay the filing fee, and the matter cannot proceed at this time. Accordingly, the Court **ORDERS**:

   1.   This action is **DISMISSED** without prejudice; and

   2.   The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:   **April 5, 2022**

UNITED STATES DISTRICT JUDGE